UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHARLES WYATT, individually and on behalf
of a class of others similarly situated,**
      **Plaintiff,**

    v.                                       Case No. 09-C-0597

**PHILIP MORRIS USA, INC. and
ALTRIA GROUP, INC.,**
      **Defendants.**

---

### ORDER

Before me now is Charles Wyatt's motion for reconsideration of my decision and order of August 8, 2013, in which I denied his motion for class certification. Also before me are five motions for leave to submit supplemental authority related to the motion for reconsideration. I have reviewed the parties' submissions in connection with the motion for reconsideration, including their supplemental authorities, and conclude that reconsideration is not warranted. Therefore, the motion will be denied. The parties' motions for leave to submit supplemental authority will be granted.

Accordingly, **IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

**IT IS FURTHER ORDERED** that the parties' motions for leave to submit supplemental authority are **GRANTED**.

Dated at Milwaukee, Wisconsin, this 28th day of May, 2014.

                                          s/ Lynn Adelman

                                          _____
                                          LYNN ADELMAN
                                          District Judge